March 5, 2024

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
26 Federal Plaza, 7th Floor
New York, NY 10278





**U.S. Citizenship and Immigration Services**

LILA AYERS
8 EAST PROSPECT AVENUE STE A1
MOUNT VERNON, NY 10550

IOE0924168261



RE: JUSTIN J AGRAMONTE
I-290B, Notice of Appeal or Motion

A231-926-620

## DECISION

On January 31, 2024, you filed a Form I-290B, Notice of Appeal or Motion, with U.S. Citizenship and Immigration Services (USCIS) as a motion to reopen and/or reconsider the decision on a Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS denied the Form I-485, receipt number IOE0917294294 , on January 5, 2024.

Title 8 Code of Federal Regulations (8 CFR), section 103.5(a) states, in pertinent part, that:

    (a) 1) (iii)  Filing Requirements:  A motion shall be submitted on Form I–290B and may be accompanied by a                brief. It must be:

    (A) In writing and signed by the affected party or the attorney or representative of record, if any;

    (2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:

        (i) The requested evidence was not material to the issue of eligibility;
        (ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period;or
        (iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.

    (3)  …A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.  A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of

record at the time of the initial decision.

After a thorough review, we cannot approve your motion for the following reason:

The party who filed the I-290B Notice of Appeal or Motion to reopen the decision to deny the I-485 application to Register Permanent Resident or Adjust Status is not the affected party. The motion must be signed by the affected party of the I-485 application or the attorney of record or representative.

We hereby dismiss the Form I-290B, Notice of Appeal or Motion. The decision to deny the Form I-485, Application to Register Permanent Residence or Adjust Status, case IOE0917294294, is affirmed.

This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

Susan Quintana
Field Office Director
Officer: NC 1141