UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARILAL RAMGOBIN,

            Plaintiff,

v.

BRIAN J. MEIER, *et al.*,

            Defendants.

No. 24 Civ. 1724 (NRB)

**STIPULATION AND
[PROPOSED]
ORDER OF DISMISSAL**

WHEREAS, plaintiff Harilal Ramgobin filed this action on March 7, 2024, challenging a decision by U.S. Citizenship and Immigration Services ("USCIS") denying her Form I-485, Application to Register Permanent Residence or Adjust Status (Form I-485); and

WHEREAS, USCIS has now approved the plaintiff's application; now, therefore,

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       April 3, 2024

By:   *s/ Lila Ayers*
      LILA AYERS, ESQ.
      8 East Prospect Avenue, Suite A1
      Mt. Vernon, New York 11420
      Telephone: (914) 699-5220
      E-mail: lilaayerslaw@aol.com
      *Attorney for Plaintiff*

Dated: Miami, Florida
       April 3, 2024

DAMIAN WILLIAMS
United States Attorney

By:   *s/Monica Beamer*
      MONICA BEAMER
      Special Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (646) 906-5441
      E-mail: Monica.Beamer@usdoj.gov
      *Attorney for Defendants*

SO ORDERED.

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE   4/4/24